

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00438-CV

**IN RE VHS SAN ANTONIO PARTNERS, LLC** f/k/a VHS San Antonio Partners, LP

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: July 15, 2026

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator, VHS San Antonio Partners, LLC, filed its petition for writ of mandamus on June 3, 2026. On June 25, 2026, this court was advised that respondent issued an order vacating the order that gave rise to this petition for writ of mandamus. On June 29, 2026, relator filed a "Notice of Dismissal of Mandamus Without Prejudice" pursuant to rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. Rule 42.1(a)(1) permits the court to dismiss an appeal, including an original proceeding, on the motion of the appellant, or relator in an original proceeding. *See* TEX R. APP. P. 42.1(a)(1); *see also In re Am. Block Co.*, No. 04-24-00662-CV, 2025 WL 542370, at *1 (Tex.

---

[1]This proceeding arises out of Cause No. 2026-CI-05633, styled *Pamela Mendez v. VHS San Antonio Partners, LLC d/b/a St. Luke's Baptist Hospital*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

App.—San Antonio Feb. 19, 2025, orig. proceeding). We construe the relator's notice as a motion, and the motion is granted. The petition for writ of mandamus is dismissed.

PER CURIAM